UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Conservation Law Foundation, Inc.,
                                 :

        Plaintiff,                    :

v.                                    :    Case No. 3:20-cv-00234-JAM

                                    :

DATTCO, Inc.,                       :

        Defendant.                 :

                                    :

                                    :

## DEFENDANT DATTCO, INC.'S
## ANSWER AND AFFIRMATIVE DEFENSES

Defendant DATTCO, Inc. ("DATTCO"), by and through its attorneys Robinson & Cole LLP, hereby responds to the Conservation Law Foundation, Inc.'s Complaint (the "Complaint") as follows:

1.      The allegations in Paragraph 1 of the Complaint set forth a characterization of plaintiff's claims to which no response is required. To the extent a response is necessary, DATTCO admits that the Conservation Law Foundation, Inc. has filed this lawsuit, but it denies the remainder of the allegations contained in Paragraph 1 of the Complaint.

2.      DATTCO admits that it has entered into contracts with certain Connecticut public school districts, the terms of which contracts, including financial terms, speak for themselves, and that it owns, leases, operates, and/or manages vehicle lots that contain school buses. DATTCO denies the remainder of the allegations contained in Paragraph 2 of the Complaint.

3.      DATTCO denies the allegations that it unlawfully pollutes the communities in which it operates. DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the remainder of the allegations contained in Paragraph 3 of the Complaint.

4.      DATTCO denies the allegations contained in Paragraph 4 of the Complaint.

5.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 5 of the Complaint.

6.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 6 of the Complaint.

7.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 7 of the Complaint.

8.      DATTCO denies the allegations contained in Paragraph 8 of the Complaint.

9.      DATTCO denies the allegations contained in Paragraph 9 of the Complaint.

10.     DATTCO denies the allegations contained in Paragraph 10 of the Complaint.

11.     The allegations in Paragraph 11 of the Complaint set forth a characterization of plaintiff's claims to which no response is required.

12.     Paragraph 12 of the Complaint is a characterization of plaintiff's claims and request for relief to which no response is required.

### JURISDICTION & VENUE

13.     The allegations asserted in Paragraph 13 of the Complaint are conclusions of law to which no response is required.

14.     DATTCO admits that it received the letter attached at Exhibit 1 to the Complaint, which letter speaks for itself.

15.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 15 of the Complaint.

16.     DATTCO admits the allegations in Paragraph 16 of the Complaint.

17.     The allegations asserted in Paragraph 17 of the Complaint are conclusions of law to which no response is required.

18.     The allegations asserted in Paragraph 18 of the Complaint are conclusions of law to which no response is required.

19.     The allegations asserted in Paragraph 19 of the Complaint are conclusions of law to which no response is required.

20.     The allegations asserted in Paragraph 20 of the Complaint are conclusions of law to which no response is required.

**THE PLAINTIFF**

21.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 21 of the Complaint.

22.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 22 of the Complaint.

23.     The allegations asserted in Paragraph 23 of the Complaint are conclusions of law to which no response is required.

24.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 24 of the Complaint.

25.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 25 of the Complaint.

26.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 26 of the Complaint.

27.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 27 of the Complaint.

28.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 28 of the Complaint.

29.     DATTCO denies the allegations contained in Paragraph 29 of the Complaint.

30.     DATTCO denies the allegations contained in Paragraph 30 of the Complaint.

**THE DEFENDANT**

31.     DATTCO admits the allegations contained in Paragraph 31 of the Complaint.

32.     The allegations asserted in Paragraph 32 of the Complaint are conclusions of law to which no response is required.

33.     DATTCO admits the allegations contained in Paragraph 33 of the Complaint.

34.     DATTCO admits that it owns and/or operates a fleet of over 1,000 vehicles, but denies the remainder of the allegations contained in Paragraph 34 of the Complaint.

35.     DATTCO admits the allegations contained in Paragraph 35 of the Complaint.

36.     DATTCO admits the allegations contained in Paragraph 36 of the Complaint.

37.     DATTCO admits that it provides transportation services pursuant to contracts with certain public school districts in Connecticut, the existence and substance of which contracts speak for themselves. DATTCO further notes that certain towns listed above are irrelevant to plaintiff's Complaint as there are no further allegations with regard to certain towns in the Complaint.

38.     DATTCO admits that it maintains contracts, the terms of the terms of which contracts, including financial terms, speak for themselves.

## LEGAL BACKGROUND

*Citizen Enforcement of the Clean Air Act*

39.     The allegations asserted in Paragraph 39 of the Complaint characterize and quote a federal statute to which no response is required. To the extent a response is required, DATTCO notes that the referenced statute speaks for itself.

40.     The allegations asserted in Paragraph 40 of the Complaint characterize a federal statute and federal case law to which no response is required. To the extent a response is required, DATTCO notes that the referenced statute and case speak for themselves.

41.     The allegations asserted in Paragraph 41 of the Complaint characterize a federal statute to which no response is required. To the extent a response is required, DATTCO notes that the referenced statute speaks for itself.

42.     The allegations asserted in Paragraph 42 of the Complaint characterize a federal statute to which no response is required. To the extent a response is required, DATTCO notes that the referenced statute speaks for itself.

43.     The allegations asserted in Paragraph 43 of the Complaint characterize a federal statute to which no response is required. To the extent a response is required, DATTCO notes that the referenced statute speaks for itself.

44.     The allegations asserted in Paragraph 44 of the Complaint characterize case law to which no response is required. To the extent a response is required, DATTCO notes that the referenced case speaks for itself.

45.     The allegations asserted in Paragraph 45 of the Complaint characterize a federal statute and federal regulations to which no response is required. To the extent a response is required, DATTCO notes that the referenced statute and regulations speak for themselves.

***The Anti-Idling Regulation***

46.     The allegations asserted in Paragraph 46 of the Complaint characterize a federal statute and federal regulations to which no response is required. To the extent a response is required, DATTCO notes that the referenced statute and regulations speak for themselves.

47.     The allegations asserted in Paragraph 47 of the Complaint characterize and quote a state regulation to which no response is required. To the extent a response is required, DATTCO notes that the referenced regulation speaks for itself.

48.     The allegations asserted in Paragraph 48 of the Complaint characterize and quote a state regulation to which no response is required. To the extent a response is required, DATTCO notes that the referenced regulation speaks for itself.

49.     The allegations asserted in Paragraph 49 of the Complaint characterize and quote a state regulation to which no response is required. To the extent a response is required, DATTCO notes that the referenced regulation speaks for itself.

## FACTUAL BACKGROUND

***The Harms of Idling***

50.     In response to Paragraph 50 of the Complaint, DATTCO admits that, depending on the type of vehicle and the equipment contained in that vehicle, the combustion process that takes place in internal combustion engines generates energy to power the vehicle and certain combustion byproducts.

51.      In response to Paragraph 51 of the Complaint, DATTCO admits that, depending on the type of vehicle and the equipment contained in that vehicle, combustion byproducts may be routed through a vehicle's exhaust system and ultimately into its surroundings.

52.      In response to Paragraph 52 of the Complaint, DATTCO admits that, depending on the type of vehicle and the equipment contained in that vehicle, including but not limited to whether a vehicle has a catalytic converter, the catalytic converter can filter combustion byproducts. DATTCO denies knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 52 of the Complaint.

53.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 53 of the Complaint.

54.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 54 of the Complaint.

55.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 55 of the Complaint.

56.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 56 of the Complaint.

57.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 57 of the Complaint.

58.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 58 of the Complaint.

59.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 59 of the Complaint.

**Fine Particulate Matter**

60.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 60 of the Complaint.

61.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 61 of the Complaint.

62.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 62 of the Complaint.

63.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 63 of the Complaint.

64.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 64 of the Complaint.

65.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 65 of the Complaint.

66.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 66 of the Complaint.

67.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 67 of the Complaint.

68.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 68 of the Complaint.

69.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 69 of the Complaint.

**Nitrogen Oxide Compounds**

70.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 70 of the Complaint.

71.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 71 of the Complaint.

72.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 72 of the Complaint.

73.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 73 of the Complaint.

74.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 74 of the Complaint.

75.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 75 of the Complaint.

76.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 76 of the Complaint.

77.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 77 of the Complaint.

78.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 78 of the Complaint.

**Sulfur Dioxide**

79.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 79 of the Complaint.

80.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 80 of the Complaint.

81.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 81 of the Complaint.

**Benzene**

82.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 82 of the Complaint.

83.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 83 of the Complaint.

84.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 84 of the Complaint.

85.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 85 of the Complaint.

86.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 86 of the Complaint.

**Formaldehyde**

87.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 87 of the Complaint

88.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 88 of the Complaint.

89.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 89 of the Complaint.

***DATTCO's Violations of the Anti-Idling Regulation***

90.     DATTCO admits that it owns and/or operates vehicles in Connecticut, including diesel-fueled vehicles, but denies the remainder of the allegations in Paragraph 90 of the Complaint.

91.     DATTCO admits that vehicles it owns and/or operates, including diesel-fueled school buses, have internal combustion engines, but denies the remainder of the allegations in Paragraph 91 of the Complaint.

92.     In response to Paragraph 92 of the Complaint, DATTCO admits that the term "idling" generally refers to the operation of a vehicle's engine when the vehicle is not in motion.

93.     In response to Paragraph 93 of the Complaint, DATTCO admits that, during idling, a vehicle's engine continues to operate, and it can generate byproducts.

94.     In response to Paragraph 94 of the Complaint, DATTCO admits that it operates vehicles, the combustion engines in which vehicles may generate byproducts while in operation, and such byproducts may be released into the vehicle's surroundings.

95.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 95 of the Complaint.

**The New Canaan High School Lot**

96.     DATTCO admits that it owns and/or operates vehicles on the New Canaan High School Lot, but denies the remainder of the allegations contained in Paragraph 96 of the Complaint.

97.     DATTCO admits that it uses vehicles it owns and/or operates on the New Canaan High School Lot to serve its contract with the New Canaan Public Schools, but denies the remainder of the allegations contained in Paragraph 97 of the Complaint.

98.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 98 of the Complaint.

99.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 99 of the Complaint.

100.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 100 of the Complaint.

101.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 101 of the Complaint.

102.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 102 of the Complaint.

103.    The allegations contained in Paragraph 103 contain a legal conclusion to which no response is required. To the extent a response is required, DATTCO is without knowledge or information sufficient to form a belief as to the facts that caused plaintiff to allege the conclusion contained in Paragraph 103 of the Complaint.

104-133.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraphs 104-133 of the Complaint.

134.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 134 of the Complaint.

135.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 135 of the Complaint.

136.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 136 of the Complaint.

**The River Street Lot in Bridgeport**

137.    DATTCO admits that it owns and/or operates vehicles on the River Street Lot, but denies the remainder of the allegations contained in Paragraph 137 of the Complaint.

138.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 138 of the Complaint.

139.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 139 of the Complaint.

140.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 140 of the Complaint.

141.    The allegations contained in Paragraph 141 of the Complaint contain a legal conclusion to which no response is required. To the extent a response is required, DATTCO is without knowledge or information sufficient to form a belief as to the facts that caused plaintiff to allege the conclusion contained in Paragraph 141 of the Complaint.

142-171.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraphs 142-171 of the Complaint.

172.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 172 of the Complaint.

173.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 173 of the Complaint.

174.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 174 of the Complaint.

**The Nutmeg Road Lot in South Windsor**

175.    DATTCO admits that it owns and/or operates vehicles on the Nutmeg Road Lot, but denies the remainder of the allegations contained in Paragraph 175 of the Complaint.

176.    DATTCO admits that it uses vehicles it owns and/or operates on the Nutmeg Road Lot, but denies the remainder of the allegations contained in Paragraph 176 of the Complaint.

177.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 177 of the Complaint.

178.    The allegations contained in Paragraph 178 of the Complaint contain a legal conclusion to which no response is required. To the extent a response is required, DATTCO is without knowledge or information sufficient to form a belief as to the facts that caused plaintiff to allege the conclusion contained in Paragraph 178 of the Complaint.

179-208.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraphs 179-208 of the Complaint.

209.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 209 of the Complaint.

210.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 210 of the Complaint.

211.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 211 of the Complaint.

**The South Street Lot in New Britain**

212.     DATTCO admits that it owns and/or operates vehicles on the South Street Lot, but denies the remainder of the allegations contained in Paragraph 212 of the Complaint.

213.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 213 of the Complaint.

214.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 214 of the Complaint.

215.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 215 of the Complaint.

216.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 216 of the Complaint.

217.     The allegations contained in Paragraph 217 of the Complaint contain a legal conclusion to which no response is required. To the extent a response is required, DATTCO is without knowledge or information sufficient to form a belief as to the facts that caused plaintiff to allege the conclusion contained in Paragraph 217 of the Complaint.

218-229.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraphs 218-229 of the Complaint.

230.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 230 of the Complaint.

231.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 231 of the Complaint.

232.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 232 of the Complaint.

**The Sandbank Road Lot in Cheshire**

233.     DATTCO admits that it owns and/or operates vehicles on the Sandbank Road Lot, but denies the remainder of the allegations contained in Paragraph 233 of the Complaint.

234.     DATTCO admits that it uses vehicles it owns and/or operates on the Sandbank Road Lot to serve its contract with the Cheshire Public Schools, but denies the remainder of the allegations contained in Paragraph 234 of the Complaint.

235.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 235 of the Complaint.

236.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 236 of the Complaint.

237.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 237 of the Complaint.

238.     The allegations contained in Paragraph 238 of the Complaint contain a legal conclusion to which no response is required. To the extent a response is required, DATTCO is without knowledge or information sufficient to form a belief as to the facts that caused plaintiff to allege the conclusion contained in Paragraph 238 of the Complaint.

239-249.        DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraphs 239-249 of the Complaint.

250.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 250 of the Complaint.

251.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 251 of the Complaint.

252.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 252 of the Complaint.

**The Commerce Circle Lot in Durham**

253.     DATTCO admits that it owns and/or operates vehicles on the Commerce Circle Lot, but denies the remainder of the allegations contained in Paragraph 253 of the Complaint.

254.     DATTCO admits that it uses vehicles it owns and/or operates on the Commerce Circle Lot to serve its contract with Regional School District Number 13, but denies the remainder of the allegations contained in Paragraph 254 of the Complaint.

255.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 255 of the Complaint.

256.     The allegations contained in Paragraph 256 of the Complaint contain a legal conclusion to which no response is required. To the extent a response is required, DATTCO is without knowledge or information sufficient to form a belief as to the facts that caused plaintiff to allege the conclusion contained in Paragraph 256 of the Complaint.

257.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 257 of the Complaint.

258.     DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 258 of the Complaint.

- 17 -

259.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 259 of the Complaint.

260.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 260 of the Complaint.

261.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 261 of the Complaint.

**The Canal Street Lot in Plainville**

262.    DATTCO admits that it owns and/or operates vehicles on the Canal Street Lot, but denies the remainder of the allegations contained in Paragraph 262 of the Complaint.

263.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 263 of the Complaint.

264.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 264 of the Complaint.

265.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 265 of the Complaint.

266.    The allegations contained in Paragraph 266 of the Complaint contain a legal conclusion to which no response is required. To the extent a response is required, DATTCO is without knowledge or information sufficient to form a belief as to the facts that caused plaintiff to allege the conclusion contained in Paragraph 266 of the Complaint.

267-282.      DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraphs 267-282 of the Complaint.

283.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 283 of the Complaint.

284.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 284 of the Complaint.

285.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 285 of the Complaint.

**The Hemingway Street Lot in New Haven**

286.    DATTCO admits that it owns and/or operates vehicles on the Hemingway Street Lot, but denies the remainder of the allegations contained in Paragraph 286 of the Complaint.

287.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 287 of the Complaint.

288.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 288 of the Complaint.

289.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 289 of the Complaint.

290.    The allegations contained in Paragraph 290 of the Complaint contain a legal conclusion to which no response is required. To the extent a response is required, DATTCO is without knowledge or information sufficient to form a belief as to the facts that caused plaintiff to allege the conclusion contained in Paragraph 290 of the Complaint.

291-297.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraphs 291-297 of the Complaint.

298.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 298 of the Complaint.

299.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 299 of the Complaint.

300.    DATTCO is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 300 of the Complaint.

## COUNT ONE

### Violation of the Clean Air Act and Connecticut State Implementation Plan

301.    DATTCO incorporates the responses to the allegations contained in the above paragraphs as though fully set forth herein.

302.    The allegations asserted in Paragraph 302 of the Complaint characterize and quote a federal statute and state regulation to which no response is required. To the extent a response is required, DATTCO notes that the referenced statute and regulation speak for themselves.

303.    DATTCO denies the allegations contained in Paragraph 303 of the Complaint.

304.    DATTCO denies the allegations contained in Paragraph 304 of the Complaint.

305.    DATTCO denies the allegations contained in Paragraph 305 of the Complaint.

306.    DATTCO denies the allegations contained in Paragraph 306 of the Complaint.

307.    DATTCO denies the allegations contained in Paragraph 307 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

DATTCO states that plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

DATTCO states that plaintiff does not have standing to pursue one or more of the claims asserted in the Complaint.

### THIRD AFFIRMATIVE DEFENSE

DATTCO states that plaintiff's claims are barred by estoppel.

### FOURTH AFFIRMATIVE DEFENSE

DATTCO states that plaintiff's claims are barred because DATTCO's conduct comports with all statutory and regulatory requirements.

### FIFTH AFFIRMATIVE DEFENSE

DATTCO states that plaintiff's claims are barred by the acts or omissions of third parties.

### SIXTH AFFIRMATIVE DEFENSE

DATTCO states that plaintiff's request for the entry of injunctive relief fails to establish the necessary elements, including but not limited to a likelihood of success on the merits, irreparable harm, and/or that the balance of harms favors plaintiff.

### SEVENTH AFFIRMATIVE DEFENSE

DATTCO states that plaintiff's requests for equitable relief are contrary to the public interest.

<u>EIGHTH AFFIRMATIVE DEFENSE</u>

DATTCO states that the Court is without jurisdiction to award plaintiff the relief requested.

<u>NINTH AFFIRMATIVE DEFENSE</u>

DATTCO reserves the right to assert additional affirmative defenses that may become apparent during the course of discovery.

DEFENDANT,
DATTCO, Inc.

By___*/s/ Megan E. Baroni*___
   James P. Ray (ct 12457)
   Megan E. Baroni (ct 27827)
   E-mail: <u>mbaroni@rc.com</u>
   Robinson & Cole LLP
   1055 Washington Boulevard
   Stamford, CT 06901
   Tel. No.: 203-462-7500
   Fax No.: 203-462-7599
   Its Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2020, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_/s/ Megan E. Baroni_
Megan E. Baroni